UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN DOE, | * | CIVIL ACTION NO.: 19-11403 |
| | * | |
| Plaintiff | * | SECTION: |
| | * | |
| v. | * | JUDGE: SARAH S. VANCE |
| | * | |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, | * * | MAGISTRATE: JANIS VAN MEERVELD |
| | * | |
| Defendants | * | |
| | * | |
| *    *    *    *    *    *    *    * | | |

## MOTION TO PROCEED UNDER PSEUDONYM

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, John Doe, who respectfully moves this Court for an Order allowing him to proceed in the above-captioned matter under a pseudonym.  As shown more fully in the Memorandum in Support filed herewith, Plaintiff makes this request in order to protect himself from harassment, ridicule, and personal embarrassment, and in order to prevent further unnecessary damage to his reputation and emotional state.  Given the nature of the claims presented – the suit involves allegations that Plaintiff sexually assaulted a fellow student – the facts and subject matter of the case necessarily involve personal, extremely sensitive details, the revelation of which would cause Plaintiff embarrassment, and could subject him to harassment and further damage to his reputation and future educational and career opportunities, some of the very harms for which Plaintiff has filed suit seeking redress.

Plaintiff further asserts that his need for anonymity outweighs any prejudice to the public's interest in knowing his legal name.  The public interest in access to judicial proceedings is not

1

thwarted by Plaintiff proceeding under a pseudonym because the public filing of this suit allows the public to understand the allegations at issue, and knowing Plaintiff's exact identity is not necessary to further that interest.

**WHEREFORE**, Plaintiff, John Doe, respectfully prays that his Motion be granted, and he be allowed to pursue his lawsuit under a pseudonym, without the disclosure of his legal name at this time.

Dated: June 28, 2019

                                               Respectfully Submitted,

                                               */s/ Ellie T. Schilling*
                                               William P. Gibbens, 27225
                                             Ellie T. Schilling, 33358
                                             Schonekas, Evans, McGoey
                                             & McEachin, LLC
                                             909 Poydras Street, Suite 1600
                                             New Orleans, Louisiana 70112
                                             Telephone: (504) 680-6050
                                             Facsimile: (504) 680-6051
                                             billy@semmlaw.com
                                             ellie@semmlaw.com

                                                          -and-

                                             Brian Capitelli, 27398
                                             Justine Geiger Daniel, 36856
                                             Capitelli & Wicker
                                             1100 Poydras Street, Suite 2950
                                             New Orleans, Louisiana 70163
                                             Telephone: (504) 582-2425
                                             Facsimile: (504) 582-2422
                                             brian@capitelliandwicker.com
                                             justine@capitelliandwicker.com

                                             Attorneys for John Doe