UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE | CIVIL ACTION |
| VERSUS | NO. 19-11403 |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | SECTION "R" (1) |

## SCHEDULING ORDER
## FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

A Status Conference regarding plaintiff's motion for preliminary injunction[1] was held July 2, 2019.

Participating were:

ELLIE SCHILLING
JUSTINE GEIGER DANIEL
NAN ALESSANDRA
KIM BOYLE
HOWARD BOYD

The following deadlines apply to this proceeding.

Any motion to dismiss shall be filed by **JULY 15, 2019**. Any opposition to a motion to dismiss shall be filed by **JULY 23, 2019**. Any reply to an opposition to a motion to dismiss shall be filed by **JULY 29, 2019**. Leave of Court is granted to file a reply.

---

[1] R. Doc. 4.

[ JS-10:  :35  ]

Any opposition to the motion for a preliminary injunction shall be filed by **SEPTEMBER 20, 2019**. Any reply to an opposition to the motion for a preliminary injunction shall be filed by **SEPTEMBER 30, 2019**. Leave of Court is granted to file a reply.

The Court will not consider responses to reply briefs. **Deposition transcripts submitted in support of motions are to be in an uncompressed format, specifically, double-spaced lines on single-sided pages.**

Any motions *in limine* shall be filed by **SEPTEMBER 17, 2019**, and responses thereto shall be filed by **SEPTEMBER 19, 2019**.

Motions filed in violation of this order will not be considered unless good cause is shown.

The parties have participated in a discovery conference with the Magistrate Judge for the purposes of setting a discovery timeline and identifying any special discovery limitations beyond those established in the Federal Rules or Local Rules of this Court.

Depositions for hearing use shall be taken and all discovery shall be completed no later than **SEPTEMBER 13, 2019**.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at the

hearing, including the address and telephone number of each witness. Each party shall designate those witnesses whose testimony the party expects to present by deposition, and include a transcript of the pertinent parts of the deposition. Additionally, each party shall identify the documents or exhibits the party may or will use at the hearing, separately identifying those items the party expects to offer and those it may offer if the need arises. These disclosures must be made no later than **SEPTEMBER 23, 2019**.

Counsel for the parties shall meet in person or by telephone at their earliest convenience, and no later than **SEPTEMBER 25, 2019**, to arrive at all possible stipulations and to exchange copies of exhibits to be used at the hearing. Counsel shall attempt to resolve all objections as to the admissibility of evidence. The parties shall submit memoranda on any unresolved objections to exhibits or testimony no later than **SEPTEMBER 27, 2019**.

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

A final prehearing conference will be held on **OCTOBER 1, 2019, at 2:00 P.M.**

The hearing will commence **the week beginning, MONDAY, OCTOBER 7, 2019, at 9:00 A.M.** before the District Judge. Attorneys are instructed to report for the hearing no later than 30 minutes prior to this time. The hearing is estimated to last two days.

In light of the pendency of this proceeding, the parties have agreed to work to establish a standstill agreement that will both allow the plaintiff to attend Tulane University for the Fall 2019 semester and provide appropriate protections to the other individuals involved in the University's investigation.

New Orleans, Louisiana, this __11th__ day of July, 2019.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE