MINUTE ENTRY
VAN MEERVELD
September 4, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE,<br>　*Plaintiff* | CIVIL ACTION<br>NO.   19-11403 |
| VERSUS | SECTION:   "R" (1) |
| ADMINISTRATORS OF THE TULANE<br>EDUCATIONAL FUND,<br>　*Defendants* | JUDGE SARAH S. VANCE<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

**CORRECTED MINUTE ENTRY[1]**

A settlement conference was held on Friday, August 30, 2019.

PRESENT:   *For the Plaintiff:*   Ellie Schilling, Brian Capitelli, John Doe and his mother and father

　　　　　　　　*For the Defendant:*   Kim Boyle, Nan Alessandra, Howard Boyd, Erica Woodley

Following settlement discussions, the parties were unable to negotiate a settlement of the case at this time.   Further negotiations will proceed telephonically.

*Janis van Meerveld*
Janis van Meerveld
United States Magistrate Judge

MJSTAR: 04:43

---

[1] John Doe is proceeding under a pseudonym. The original minute entry included the names of John Doe and his mother and father as present. That minute entry (Rec. Doc. 22) is hereby stricken from the record.