

John Doe v. The Administrators of the Tulane Educational Fund, Civil Action No. 19-11403, Section R, Mag. Div. 1

Brian Capitelli    to: efile-vance    09/19/2019 02:42 PM

Cc: "'Nan Alessandra \(1297\)'", "'Kim Boyle \(1790\)'", "'Boyd, Howard T'", "'Ellie Schilling'"

History:   This message has been forwarded.

Dear Judge Vance,

We have previously notified Magistrate Judge van Merveeld that the parties have received a settlement in this matter. At this time, the settlement agreement has been finalized but we are still waiting on signatures from all parties. Therefore, we would request that the Court enter a 60 day Dismissal without Prejudice Order at this time. Please let us know if you require any additional information.

Respectfully,

Brian J. Capitelli
Capitelli & Wicker
1100 Poydras St., Suite 2950
New Orleans, LA 70163
Office: (504) 582-2425
Fax: (504) 582-2422
Cell: (504) 621-6915

ATTENTION - PRIVILEGED AND CONFIDENTIAL, ATTORNEY WORK PRODUCT
This electronic message transmission contains information from the law firm of Capitelli and Wicker that may be confidential or privileged. The information is intended to be for the exclusive use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please delete the message and notify the sender by telephone (504-582-2425) or by electronic mail immediately