UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DOE** | **CIVIL ACTION NO. 19-11403** |
| **VERSUS** | **SECTION "R"** |
| | **DISTRICT JUDGE VANCE** |
| **THE ADMINISTRATORS OF THE** | |
| **TULANE EDUCATIONAL FUND** | **MAG. DIV. (1)** |
| | **MAG. JUDGE VAN MEERVELD** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff, John Doe, and Defendant, The Administrators of the Tulane Educational Fund, ("Tulane"), who advise the Court that the above-referenced matter has been resolved and therefore respectfully request that the above-captioned lawsuit be dismissed in its entirety, with prejudice, with each party to bear their own costs and attorneys' fees, as agreed to by the parties.

Respectfully submitted,

*/s/ Brian Capitelli*
BRIAN CAPITELLI, La. #27398
JUSTINE GEIGER DANIEL, La. #36856
**CAPITELLI & WICKER**
1100 Poydras St., Suite 2950
New Orleans, LA 70163
Phone: (504) 582-2425
Fax: (504) 582-2422
Email: brian@capitelliandwicker.com
jsg@capitelliandwicker.com

**AND**

WILLIAM P. GIBBENS, La. #27225
ELLIE T. SCHILLING, La. #33358
**SCHONEKAS, EVANS, MCGOEY & MCEACHIN, LLC**
909 Poydras Street, Suite 1600
New Orleans, LA 70112

1

2

      Phone: (504) 680-6050
      Fax: (504) 680-6050
      Email: billy@semmlaw.com
            ellie@semmlaw.com

**ATTORNEYS FOR PLAINTIFF, JOHN DOE**


**PHELPS DUNBAR LLP**

By:   */s/ M. Nan Alessandra*
      M. NAN ALESSANDRA, T.A. (#16783)
      KIM M. BOYLE (#18133)
      Canal Place
      365 Canal Street – Suite 2000
      New Orleans, LA 70130-6534
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130
      Email: nan.alessandra@phelps.com
            kim.boyle@phelps.com

**ATTORNEYS FOR DEFENDANT, ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND**