UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE | CIVIL ACTION NO. 19-11403 |
| VERSUS | SECTION "R" |
| | DISTRICT JUDGE VANCE |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | MAG. DIV. (1) |
| | MAG. JUDGE VAN MEERVELD |

### ORDER

Considering the foregoing Joint Motion to Dismiss With Prejudice filed by Plaintiff, John Doe, and Defendant, The Administrators of the Tulane Educational Fund; accordingly

IT IS HEREBY ORDERED that the Joint Motion to Dismiss With Prejudice be, and the same is hereby GRANTED, and it is further ordered that this proceeding be, and is hereby dismissed with prejudice, each party to bear their own costs and attorneys' fees, as agreed to by the parties.

New Orleans, Louisiana, this __17th__ day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE